

SEP 26 2016

Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR-15-61-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE MEDICAL RECORDS UNDER SEAL** |
| ROBERT PEREZ SCHILLING, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion for Leave to File Medical Records Under Seal (Doc. 53), and for good cause appearing,

IT IS HEREBY ORDERED that Defendant shall be allowed to file his medical records under seal for the Court's consideration.

DATED this 26th day of September, 2016.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1